STEVEN J. KAREN, ESQ.
Nevada Bar 004651
2810 West Charleston Boulevard, Suite 82
Las Vegas, Nevada 89102
Telephone: (702) 382-9307
Facsimile: (702) 382-1836
Email: stevenjkaren@gmail.com
Attorney for Defendant
BARAK AMAR

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BARAK AMAR,<br><br>　　　　　　Defendant. | 2:21-CR-00182-JAD-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Schiess, Assistant United States Attorney, counsel for the United States of America; and Steven J. Karen, counsel for Defendant Barak Amar, that the Sentencing Hearing currently scheduled for October 11, 2022, at the hour of 11:00 a.m., be vacated and reset to a date and time convenient to this Court but not less than seven (7) days

This Stipulation is entered into for the following reasons:

1. The current Sentencing Hearing date of Tuesday, October 11, 2022, falls on the High Jewish Holiday of Sukkot. Neither Defense Counsel nor the Defendant are permitted to work, drive, ride in vehicles, or utilize electricity.

2. The parties agree to the continuance.

1

3. The Defendant is not incarcerated and does not object to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely because Tuesday, October 11, 2022, falls on the High Jewish Holiday of Sukkot. Neither Defense Counsel nor the Defendant are permitted to work, drive, ride in vehicles, or utilize electricity.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7), and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

6. This is the second Stipulation to continue the Sentencing Hearing filed herein.

7. Defense Counsel is not available on the following dates: September 28, 2022; October 4, 2022; and October 5, 2022; October 10, 2022; October 11, 2022; October 17, 2022; and October 18, 2022.

DATED:   Monday, May 16, 2022

LAW OFFICE OF STEVEN J. KAREN         CHRISTOPHER CHIOU

                                       UNITED STATES OF AMERICA


By:   /s/ STEVEN J. KAREN, ESQ.          By:   /s/ DANIEL SCHIESS
      STEVEN J. KAREN                          DANIEL SCHIESS
      Counsel for Barak Amar                   Assistant U.S. Attorney
                                               Counsel for Plaintiff

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BARAK AMAR,<br><br>Defendants. | 2:21-CR-00182-JAD-VCF<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

## FINDINGS OF FACT

Based upon the pending Stipulation of Counsel, and good cause appearing therefore, the Court finds that:

1. The current Sentencing Hearing date of Tuesday, October 11, 2022, falls on the High Jewish Holiday of Sukkot. Neither Defense Counsel nor the Defendant are permitted to work, drive, ride in vehicles, or utilize electricity.

2. The parties agree to the continuance.

3. The Defendant is not incarcerated and does not object to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely because Tuesday, October 11, 2022, is a non-working Jewish holiday for Defense Counsel.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7), and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

3

6. This is the second Stipulation to continue the Sentencing Hearing filed herein.

7. Defense Counsel is not available on the following dates: September 28, 2022; October 4, 2022; and October 5, 2022; October 11, 2022; October 17, 2022; and October 18, 2022.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing.

## CONCLUSIONS OF LAW

The additional time requested herein is not sought for purposes of delay, but merely because the current Sentencing Hearing date of Tuesday, October 11, 2022, falls on the High Jewish Holiday of Sukkot. Neither Defense Counsel nor the Defendant are permitted to work, drive, ride in vehicles, or utilize electricity.

## ORDER

IT IS THEREFORE ORDERED that the Sentencing Hearing be reset for _____ October 31, 2022, at 11:00 a.m.

DATED: May 18, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE