STEVEN J. KAREN, ESQ.
Nevada Bar 004651
2810 West Charleston Boulevard, Suite 82
Las Vegas, Nevada 89102
Telephone:   (702) 382-9307
Facsimile:   (702) 382-1836
Email:   stevenjkaren@gmail.com
Attorney for Defendant
BARAK AMAR

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BARAK AMAR,<br><br>Defendant. | 2:21-CR-00182-JAD-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>**(Third Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Schiess, Assistant United States Attorney, counsel for the United States of America; and Steven J. Karen, counsel for Defendant Barak Amar, that the Sentencing Hearing currently scheduled for October 31, 2022, at the hour of 11:00 a.m., be vacated and reset to a date and time convenient to this Court but not less than thirty (30) days

This Stipulation is entered into for the following reasons:

1. The current Sentencing Hearing date is scheduled for Monday, October 31, 2022.

2. Additional time is requested to permit the Defendant to gather mitigating documentation.

3. Plaintiff's counsel will be out of town on October 31 and November 1, 2022.

1

4. Defense Counsel has a Trial in Case 2:20-cr-229-JAD-VCF beginning November 14, 2022.

5. The parties agree to the continuance.

6. The Defendant is not incarcerated and does not object to the continuance.

7. The additional time requested herein is not sought for purposes of delay, but merely because additional time is requested to permit the Defendant to gather mitigating documentation.

8. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7), and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

9. This is the third Stipulation to continue the Sentencing Hearing filed herein.

DATED:     Monday, October 3, 2022

| LAW OFFICE OF STEVEN J. KAREN | CHRISTOPHER CHIOU |
|---|---|
| | UNITED STATES OF AMERICA |
| | |
| By:  /s/ STEVEN J. KAREN, ESQ.<br>STEVEN J. KAREN<br>Counsel for Barak Amar | By:  /s/ DANIEL SCHIESS<br>DANIEL SCHIESS<br>Assistant U.S. Attorney<br>Counsel for Plaintiff |

2

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BARAK AMAR, <br><br> Defendants. | 2:21-CR-00182-JAD-VCF <br><br> **FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

## **FINDINGS OF FACT**

Based upon the pending Stipulation of Counsel, and good cause appearing therefore, the Court finds that:

1. The current Sentencing Hearing date is scheduled for Monday, October 31, 2022.

2. Additional time is requested to permit the Defendant to gather mitigating documentation.

3. Plaintiff's counsel will be out of town on October 31 and November 1, 2022.

4. Defense Counsel has a Trial in Case 2:20-cr-229-JAD-VCF beginning November 14, 2022.

5. The parties agree to the continuance.

6. The Defendant is not incarcerated and does not object to the continuance.

7. The additional time requested herein is not sought for purposes of delay, but merely because additional time is requested to permit the Defendant to gather mitigating documentation.

8. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United

States Code, Section 3161(h)(7), and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

9. This is the third Stipulation to continue the Sentencing Hearing filed herein.***

10. For all of the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing.

**CONCLUSIONS OF LAW**

The additional time requested herein is not sought for purposes of delay, but merely because additional time is requested to permit the Defendant to gather mitigating documentation. Additionally, Plaintiff's counsel will be out of town on October 31 and November 1, 2022. Defense Counsel has a Trial in Case 2:20-cr-229-JAD-VCF beginning November 14, 2022.

**ORDER**

IT IS THEREFORE ORDERED that the Sentencing Hearing be reset for December 13, 2022, at 2:00 p.m.

DATED: October 5, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

4